73465. PITTMAN v. THE STATE.
(352 SE2d 411)

BEASLEY, Judge.

Defendant was convicted on six counts of violation of the provisions of our code regulating controlled substances, specifically OCGA § 16-13-30. Defendant appealed directly, without filing a motion for new trial. His appointed counsel filed a motion to withdraw pursuant to *Anders v. California*, 386 U. S. 738 (87 SC 1396, 18 LE2d 493) (1967) and *Bethay v. State*, 237 Ga. 625 (229 SE2d 406) (1976), which motion was granted. No reviewable grounds having been raised by counsel, and no points of error having been asserted by appellant af-

ter his having an opportunity to do so, the judgment of the trial court must be upheld.

*Judgment affirmed. Benham, J., concurs. Deen, P. J., concurs in the judgment only.*

DECIDED NOVEMBER 25, 1986.

*H. Lamar Cole, District Attorney, J. David Miller, Assistant District Attorney*, for appellee.

*Judgment affirmed. Benham, J., concurs. Deen, P. J., concurs in the judgment only.*